JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DALE JONES,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>J. SULLIVAN, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 03-1482-CJC (OP)<br><br>AMENDED J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Amended Report and Recommendation; (2) directing that Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice.

DATED: November 21, 2008

　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge